IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 3 1 2006
JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

| | |
|---|---|
| ANDRE WATTS, ) | |
|     Petitioner, ) | Civil Action No. 7:06CV00334 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| TERRY O'BRIEN, WARDEN, ) | By: Hon. Glen E. Conrad |
|     Respondent. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of mandamus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 31st day of May, 2006.

                                     /s/ John Conrad
                                United States District Judge