IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ANDRE WATTS,  )
    Petitioner,  )  Civil Action No. 7:06CV00334
  )
v.  )  **FINAL ORDER**
  )
TERRY O'BRIEN, WARDEN,  )  By: Hon. Glen E. Conrad
    Respondent.  )  United States District Judge

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for writ of mandamus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court, pursuant to 28 U.S.C. § 1915A(b)(1).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 31st day of May, 2006.

                                             United States District Judge